TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00554-CV






David Acosta, Appellant


v.


Wyanza Renee Acosta, Appellee






FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY

NO. 06-2408-FC2, HONORABLE JOHN MCMASTER, JUDGE PRESIDING




O R D E R



 We overrule appellant's motion to review supersedeas bond. See Tex. R. App.
P. 24.4.



 __________________________________________

 Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Filed: October 1, 2008